PD-0429-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 8/13/2015 4:54:39 P
Accepted 8/14/2015 8:01:29 A
ABEL ACOST
CLER

## NO. PD-0429-15

### TRIAL Court Case No. 2012-DCR-867-I

| | | |
|---|---|---|
| **FRANCISCO DURAN JR** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |



## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Francisco Duran Jr., Appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file Appellant's Brief, and for good cause shows the following:

1. On the 1st Day of July 2015, this Honorable Court granted Appellant's pro se petition for discretionary review.

2. Appellant's Brief was due on July 31, 2015.

3. Since Appellant filed his petition for discretionary review pro se, this Court ordered the trial court to hold a hearing to determine whether Appellant is represented by counsel. If not, the trial court was ordered to determine whether Appellant qualifies for and desires appointed counsel. This Court further ordered the trial court to appoint counsel if, in fact, Appellant qualifies for appointed counsel and desires counsel.

4. On July 30, 2015, the trial court held a hearing and determined that Appellant is indigent, that he desired counsel, and appointed Joseph Moreno to represent Appellant before this Court in regard to PDR No. PD-00429-15.

5. Counsel has not had sufficient time to review Appellant's petition for discretionary review so that he can properly prepare Appellant's Brief.

6. Counsel hereby requests an extension of time to file Appellant's Brief.

7. On August 13, 2015 Appellant's Counsel conferred with Assistant District Attorney Rene Gonzalez and he is not opposed to Appellant's request for continuance.

8. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 45 days, i.e. until September 14, 2015, to file Appellant's Brief.

Respectfully submitted,

JOSEPH MORENO

By:/s/ Joseph Moreno
JOSEPH MORENO
State Bar No. 24048676
23409 El Paso Drive
Harlingen, TX 78552
j_moreno_02@yahoo.com
Attorney for Francisco Duran

## CERTIFICATE OF SERVICE

This is to certify that on August 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cameron County, 964 E. Harrison Street, Brownsville, TX 78520, by E-mail to rgonzalez1@co.cameron.tx.us.

/s/ Joseph Moreno
JOSEPH MORENO